902 A.2d 1232

HILDA PEREZ, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED PLAINTIFF, v. RENT-A-CENTER, INC., DEFENDANT-MOVANT.

July 10, 2006.

ORDERED that the motion for clarification is granted, limited to the following: The judgment of the Court is prospective, except that it applies to plaintiff and if the trial court certifies this matter as a class action as part of the proceedings it conducts pursuant to the Court's remand, to the members of the class.

902 A.2d 1232

INTERNATIONAL UNION OF OPERATING ENGINEERS # 68 WELFARE FUND, PLAINTIFF-RESPONDENT, v. MERCK & CO., INC., DEFENDANT-MOVANT.

July 19, 2006.

ORDERED that the motion for leave to appeal is granted.